# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 27. Motion for** Permission to Appear Remotely by Video

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form27instructions.pdf

**9th Cir. Case Number(s)** 23-15759

**Case Name** Patricia Miroth, et al. v. County of Trinity, et al.

**Lower Court or Agency Case Number** 2:22-cv-00460-KJM-JDP

What is your name? Shannon C Wilhite

1. **What** do you want the court to do?

   Permit remote appearance at oral argument set for August 19, 2024 at 9:30 a.m.

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   Defendent attorney John Whitesides has requested remote appearance and although I am much closer, it would require a six hour drive to appear in person. Due to the time, cost of travel, and the likeliness Mr. Whitesides will be appearing remotely, I request a remote appearance.

Your mailing address:

P.O. Box 82

City Bayside    State CA    Zip Code 95524

Prisoner Inmate or A Number (if applicable)

**Signature** Shannon C Wilhite    **Date** 6/14/2024

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 27**    *New 12/01/2018*